# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No.  1:23-cv-01835-DDD-SBP

**NICK PEARCE, an individual,**

    PLAINTIFF,

v.

**K & C SISTER LLC, a limited liability company; and**

**JIM NGUYEN, an individual,**

    DEFENDANTS.

## SECOND MOTION FOR AN EXTENSION OF TIME FOR SERVICE OF THE SUMMONS AND COMPLAINT

Plaintiff NICK PEARCE ("PEARCE" or "Plaintiff") respectfully moves this Court for an extension of time of 30 days, until January 15, 2024, to either file a proof of service of the Summons and Complaint on the Defendants or to file a dismissal of this action with the Court. This motion is unopposed.

Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the

time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . ." Fed. R. Civ. P. 6(b)(1)(A).

Plaintiff respectfully submits that good cause exists to extend the deadline to serve the Summons and Complaint as set forth below:

1. On July 19, 2023, Plaintiff filed the Complaint;

2. On July 21, 2023, Plaintiff engaged the services of a private process server for service of the Summons and Complaint;

3. After unsuccessful service attempts, the private process server prepared a Declaration of Non-Service on July 24, 2023 (attached as Exhibit A);

4. On August 8, 2023, the Summons and Complaint were dispatched to the Adams County Sheriff's Office for service of process;

5. To date, the Adams County Sheriff's Office has not been able to successfully serve the Defendants;

6. On September 15, 2023, Plaintiff, by and through Counsel, mailed a Request for Waiver of Service to the Defendants;

7. To date, Counsel for Plaintiff has not received any response to the Request for Waiver of Service from the Defendants;

8. On October 11, 2023, before the ninety (90) days from the filing of the Complaint, Plaintiff filed and the Court granted, a Motion for Extension of Time for Service of the Summons and Complaint to December 16, 2023;

9. On November 2, 2023, Defendant Jim Nguyen, individually and as an authorized agent of Defendant K & C Sister LLC, contacted Plaintiff's Counsel to discuss settling this action;

10. On December 8, 2023, the Parties executed a settlement agreement and are awaiting the occurrence of a contingency outlined in the settlement agreement, whereafter Plaintiff's Counsel will be filing a dismissal with this Court;

11. The modest extension requested will not burden or prejudice Defendants or any third parties and is consistent with the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

In accordance with D.C.COLO.L.Civ.R 6.1(c), a copy of this Motion has been served on Nick Pearce.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion.

Dated this the 15th day of December 2023.

Respectfully submitted,

By: */s/ Dean C. Ferraro*
Dean C. Ferraro, Esq.
Colorado State Bar No.: 48625
**Ferraro Law Firm, PLLC**
*Attorneys for Plaintiff*
834-F S. Perry Street #1334
Castle Rock, CO 80104
Telephone: (303) 586-4279
Email: dean@attorneycastlerock.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December 2023, I electronically filed the foregoing **SECOND MOTION FOR AN EXTENSION OF TIME FOR SERVICE OF THE SUMMONS AND COMPLAINT** with the Clerk of Court using the CM/ECF system, and I have sent (mailed and emailed) notification of such filing to the following addresses:

**DEFENDANTS SERVED:**
K & C SISTER LLC
C/O JIM NGUYEN
9943 DOWNING CIR
THORNTON, CO 80229
jim.nguyen@usa.com

JIM NGUYEN
9943 DOWNING CIR
THORNTON, CO 80229
jim.nguyen@usa.com

                                          */s/ Dean C. Ferraro*
                                          Dean C. Ferraro, Esq.
                                          Colorado State Bar No.: 48625
                                          **Ferraro Law Firm, PLLC**
                                          *Attorneys for Plaintiff*
                                          834-F S. Perry Street #1334
                                          Castle Rock, CO 80104
                                          Telephone: (303) 586-4279
                                          Email: dean@attorneycastlerock.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:23-cv-01835-DDD-SBP

NICK PEARCE, an individual,

    PLAINTIFF,

v.

K & C SISTER LLC, a limited liability company; and

JIM NGUYEN, an individual,

    DEFENDANTS.

___

## [PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME FOR SERVICE OF THE SUMMONS AND COMPLAINT

Upon consideration of Plaintiff's Second Motion for an Extension of Time for Service of the Summons and Complaint until January 15, 2024, to either file a proof of service of the Summons and Complaint on the Defendants or to file a dismissal of this action with the Court, the motion is GRANTED.

IT IS SO ORDERED.

Dated: _____, 2023      _____
                                                                    U.S. District Court Judge/Magistrate