IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Case No. 1:23-cv-01835-DDD-SBP**

NICK PEARCE, an individual,

    PLAINTIFF,

v.

K & C SISTER LLC, a limited liability company; and

JIM NGUYEN, an individual,

    DEFENDANTS.

_____

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**
_____

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nick Pearce, by and through Counsel, hereby gives notice that this action is voluntarily dismissed. Defendants, K & C Sister LLC and Jim Nguyen, have not served an answer or motion for summary judgment in this action. The Defendants have entered into an agreement with Plaintiff. Accordingly, Plaintiff notices voluntary dismissal of this action, with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B), costs taxed as paid.

    Respectfully submitted this 29th day of December 2023.

                                         By: */s/ Dean C. Ferraro*
                                         Dean C. Ferraro, Esq.
                                         Colorado State Bar No.: 48625
                                         **Ferraro Law Firm, PLLC**
                                         *Attorneys for Plaintiff*
                                         834-F S. Perry Street #1334
                                         Castle Rock, CO 80104
                                         Telephone: (303) 586-4279
                                         Email: dean@attorneycastlerock.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of December 2023, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** with the **CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system, and I have sent (mailed and emailed) notification of such filing to the following addresses:

**DEFENDANTS SERVED:**
K & C SISTER LLC
C/O JIM NGUYEN
9943 DOWNING CIR
THORNTON, CO 80229
jim.nguyen@usa.com


JIM NGUYEN
9943 DOWNING CIR
THORNTON, CO 80229
jim.nguyen@usa.com

*/s/ Dean C. Ferraro*
Dean C. Ferraro, Esq.
Colorado State Bar No.: 48625
**Ferraro Law Firm, PLLC**
*Attorneys for Plaintiff*
834-F S. Perry Street #1334
Castle Rock, CO 80104
Telephone: (303) 586-4279
Email: dean@attorneycastlerock.com

2